OPINION — AG — ** PENSION — FIREFIGHTER -PHYSICAL EXAMINATION ** MUNICIPALITIES MAY 'NOT' EMPLOYE A PERSON AS A FIREFIGHTER WITHOUT FIRST REQUIRING THAT THE PERSON UNDERGO AND SUCCESSFULLY COMPLETE THE PHYSICAL AND MENTAL EXAMINATION REQUIRED BY 11 O.S. 49-116 [11-49-116](A) (MUNICIPAL CORPORATIONS, QUALIFICATIONS FOR EMPLOYMENT, FIREFIGHTER PENSION, RETIREMENT) CITE: 11 O.S. 49-116 [11-49-116](A), 11 O.S. 49-122 [11-49-122], 11 O.S. 49-139 [11-49-139] (JAMES B. FRANKS) ** SEE OPINION NO. 90-588 (1990) ** SEE: OPINION NO. 89-596 (1989)